

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00006-CV

**PEACOCK HOSPITALITY, INC.** d/b/a Holiday Inn Express-Burnet,
Appellant

v.

**ASSOCIATION CASUALTY INSURANCE COMPANY**,
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-20390
Honorable John D. Gabriel, Jr., Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE MARION, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the judgment of the trial court is REVERSED, and the cause is REMANDED to the trial court for further proceedings consistent with this opinion. It is ORDERED that appellant, Peacock Hospitality, Inc., recover its costs of this appeal from appellee, Association Casualty Insurance Company.

SIGNED November 27, 2013.

_Catherine Stone_
Catherine Stone, Chief Justice